1 | LAURIE A. TRAKTMAN (SBN 165588)  
**GILBERT & SACKMAN**, A Law Corporation  
2 | 3699 Wilshire Boulevard, Suite 1200  
Los Angeles, California 90010-2732  
3 | (323) 938-3000; Fax: (323) 937-9139  
email: lat@gslaw.org  
4  
Attorneys for Plaintiffs

**E-Filed: 02.08.10**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES, Plaintiffs, v. INNOVATIVE AIR, INC., and KRISTOFER DANE SORENSEN, an individual, Defendants. | Case No. CV-10-0871 MMM (FMOx) [~~PROPOSED~~] ORDER ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Sheet Metal Workers' Savings Plan of Southern California ("Savings Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-off Fund ("Dues Fund"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund") (collectively, the "Plans" or the "Sheet Metal Workers' Trust Funds"), and defendants, Kristofer Dane Sorenson ("Individual Defendant"); and Innovative Air, Inc. ("the Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Company and the Individual Defendant indebted to the Plans in the amount of $21,653.74. Said amount is comprised of contributions in the amount of $13,658.36 for the delinquent work months of November 2009 ($6,008.03) and December 2009 ($7,650.33); liquidated damages in the amount of $1,129.54 for all delinquent work months through December 2009; interest at 10% per annum in the amount of $1,365.84; reimbursement of plaintiffs' reasonable fees ($5,000.00), and reimbursement of plaintiffs' recoverable costs of suit ($500).

2. Judgment may be entered in this case in favor of the Plans and against the Company and Individual Defendant jointly and severally, in the amount of $21,653.74 in

1

delinquent employee benefit plan contributions, liquidated damages, attorney fees and costs, together with post-judgment interest thereon at the rate of 10% per annum as of the date of the Judgment.

3. The Company and Individual Defendant may satisfy the judgment by paying a total of $16,153.74. Specifically, the Company and Individual Defendant shall pay $13,658.36 for the delinquent work months of November 2009 ($6,008.03) and December 2009 ($7,650.33); liquidated damages in the amount of $1,129.54 for all delinquent work months through December 2009; and interest at 10% per annum in the amount of $1,365.84 by making installments pursuant to the following installment plan: one installment of $1,500.00 shall be paid on February 28, 2010, followed by six installments each in the amount of $2,442.29 on the last day of each consecutive month for six months beginning on March 31, 2010 and ending on August 31, 2010. There will be an eye towards lessening the amount of liquidated damages assessed in this paragraph if the Defendants remain in compliance with the terms of this Stipulation and pay timely for the duration of the Stipulation. Each and every installment payment must be made by fully negotiable check or cashier's check payable to the "Sheet Metal Workers Trust Funds," and must be received on the due dates stated above in the offices of the Sheet Metal Benefit Plan Administrative Corp., attention Tasi Hernandez, 111 N. Sepulveda Blvd., Ste. 100, Manhattan Beach, California 90266.

4. In the event the Company and Individual Defendant, and any of them, fail to comply with any of the provisions set forth in paragraphs 5 or 8 above, or any other provision of this Stipulation, the entire amount of the judgment, less any payments actually received at the time of such default, shall become immediately due and payable to the Plans from the Company and Individual Defendant, plus interest on such unpaid amounts


Case 2:10-cv-00871-MMM-FMO   Document 5   Filed 02/08/10   Page 4 of 4   Page ID #:44

at the annual rate of ten percent.

5. This Court may retain jurisdiction over this matter through September 2010, to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by defendants.  Supplemental judgments may be entered in this action against the Company and Individual Defendant and in favor of the Plans for such sums as may be determined by the Plans and established upon application to the Court by declaration and noticed motion.

6. The Plans shall have the right, upon twenty (20) days reasonable request made in writing, to audit or examine any books or records relating to the financial condition of the Company to ensure compliance with the terms of this Stipulation.

7. This Stipulation does not limit the Trust Funds' right to file additional court actions to collect any additional sums owed should the Trust Funds discover further moneys owed to the Plans.

8. In the event any litigation becomes necessary to enforce any term or terms of this Stipulation, the prevailing party or parties shall be awarded and shall recover all reasonable attorneys' fees and costs of suit.

**IT IS SO ORDERED**.

Dated: February 8, 2010      _____
                             Hon. Margaret M. Morrow
                             United States District Judge


3
